UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: Zamaira Henriquez

Case No. 19-10728
Chapter 13

Debtor(s).

# LOSS MITIGATION STATUS REPORT

This Loss Mitigation Status Report is submitted pursuant to the court's Loss Mitigation Program Procedures.

## PART I — GENERAL INFORMATION

a. Full description of the Property:
555 Lark Drive, Albany, NY 12210

b. Name and address of Creditor:
Wilmington Savings Fun Society, FSB
c/o Carrington Mortgage Services, LLC
1600 S Douglass Road
Anaheim, CA 92806

Name, address, and telephone number of Creditor's attorney:
Aldridge Pite, LLP
40 Marcus Drive, STE 200
Melville, NY 11747
631-454-8059

Has Creditor filed a proof of claim?
☑ Yes   ☐ No

(LM:08 Loss Mitigation Status Report rev. 03-15-2016)

## PART II — LOSS MITIGATION PROGRAM

a. On <u>10/01/2019</u>, a Loss Mitigation Request was filed by:

    ☑ Debtor(s).        ☐ Other party: _____.

    ☐ Creditor.        ☐ The court raised the possibility of Loss Mitigation.

b. Loss Mitigation Order:

    ☑ A Loss Mitigation Order was entered on <u>11/05/2019</u>.

    ☑ The Loss Mitigation Order was served on <u>11/05/2019</u>.

c. At this time, the Debtor(s) is/are:

    ☐ making on-going post-petition monthly mortgage payments in the amount of $_____

        ☐ directly to the Creditor.

        ☐ to the standing trustee.

    ☑ not making on-going post-petition monthly mortgage payments.

d. If the underlying bankruptcy case is one filed under chapter 12 or 13, has a plan been confirmed?

    ☑ Yes   ☐ No

e. Creditor served a Request for Information and Documents on _____.

    Debtor(s) served a Response to the Creditor's Request on <u>12/10/2019</u>.

    ☑ All Information and Documents have been produced.

    ☐ The following Information and Documents are still outstanding:

    _____

    _____.

f. Debtor(s) served a Request for Information and Documents on _____.

    Creditor served a Response to the Debtor(s)' Request on _____.

    ☐ All Information and Documents have been produced.

    ☐ The following Information and Documents are still outstanding:

    _____

    _____.

g. The Loss Mitigation Parties have participated in  0  Loss Mitigation Session(s) and:

☐ A resolution has been reached.

☑ A resolution has not been reached because:

Our client stated that at this time, the package is complete and is under review.

As more items are deemed necessary, or a decision is made, our Firm will notify all parties .

h. Prior Loss Mitigation Status Report (if applicable):

A Prior Loss Mitigation Status Report was submitted on _____.

A Prior Loss Mitigation Status Report was submitted on _____.

A Prior Loss Mitigation Status Report was submitted on _____.

i. Additional information relevant to the Loss Mitigation Parties reaching a final resolution:

_____

_____

_____

_____.

## PART III — OTHER MORTGAGES/LIENS AGAINST THE PROPERTY

_____
_____
_____

Dated: 01/03/2020

/s/ Jenelle C. Arnold
Name Jenelle C. Arnold
Firm Aldridge Pite, LLP
Attorney(s) for Debtor(s)/Creditor
Address 40 Marcus Drive, STE 200 Melville, NY 11747
Telephone Number 631-454-8059
Email Address jarnold@aldridgepite.com
N.D.N.Y. Bar Roll Identification No. 5263777

(LM:08 Loss Mitigation Status Report rev. 03-15-2016)